# FILED UNDER SEAL

## United States District Court
## District of Nevada

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEPHANIE GEORGE, CHIVAS
GRAVES and MONTRIE LEDFORD,

    Defendants.

Magistrate No. 2:19-mj-543-NJK

**ORDER TO SEAL**

This matter coming on the government Motion for an Order Sealing the Complaint and Arrest Warrants in the above-captioned matter, the Court having reviewed the premises therein, and good cause showing, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrants, and the government's Motion, in the above-captioned matter shall be sealed until such time as the last named defendant has been arrested, or unless and until Ordered otherwise.

DATED this 29th day of _____May_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3