# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-mj-00392-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 51) |
| MONTRIE LEDFORD, | |
| Defendant. | |

Pending before the Court is Defendant Montrie Ledford's unopposed motion to temporarily modify one of his conditions of pretrial release. Docket No. 51. Defendant asks the Court to temporarily modify his pretrial travel condition to allow him to travel to Sandy Springs, Georgia from January 31, 2020, through February 7, 2020, to help his daughter relocate to that area. *Id*. at 2. The parties submit that neither the United States nor Defendant's Pretrial Services Officer does objects to this request and that Defendant has, to date, complied with his conditions of release. *Id*.

Accordingly, Defendant's motion, Docket No. 51, is hereby **GRANTED**. Defendant's travel condition is temporarily modified to allow him to travel to Sandy Springs, Georgia from January 31, 2020, through February 7, 2020, for the purpose of helping his daughter relocate to that area. No later than 10:00 a.m. on January 17, 2020, Defendant must provide his entire itinerary, including travel dates and times, where he will stay, where he will go, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer, and he must file a notice on the docket that he has complied with this order. If Defendant fails to fully comply with this order no later than 10:00 a.m. on January 17, 2020, the Court will reconsider this order and deny Defendant's request for temporary modification.

IT IS SO ORDERED.

DATED: January 7, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE